# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:17-CR-025-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JUSTIN FRANK PETTWAY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| DISTRIBUTION TECHNOLOGY, INC., ) | |
| ) | |
| Garnishee. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 55) filed April 25, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

The Government reports that Defendant is no longer employed by the Garnishee.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 55) is **GRANTED**. The "Order Of Continuing Garnishment" (Document No. 51) is **DISMISSED**.

**SO ORDERED**.

Signed: April 25, 2024

David C. Keesler
United States Magistrate Judge